**FILED**

DEC - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Gorman
213 Pettibone Ave.
Crown Point IN 46307

    Plaintiff,

v.

United States

    Defendant.

Case No.

Jury Trial Demanded

Case: 1:07-cv-02215
Assigned To : Friedman, Paul L.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

*JURY ACTION*

**VERIFIED COMPLAINT, PETITION, AND CLAIM
FOR DAMAGES PURSUANT TO 26 U.S.C. § 7433,**

I
INTRODUCTION

COMES NOW James Gorman, and for his cause of action, avers:

**I.   PARTIES**

    A.    Plaintiff, is a Citizen of Indiana.

    B.    Defendant is the UNITED STATES OF AMERICA.

**II.   JURISDICTION**

    A.    This Court has jurisdiction pursuant to:

        1.    Section 7433 of the Internal Revenue Code of 1986, 102 Stat. 3747, as amended;

**III.   VENUE**

A. Venue is proper in the District of Columbia, (26 USC §7433), as the permanent seat of government of the United States pursuant to Title 4, United States Code, § 71, <u>61 Stat. 643</u>, wherein the offices of government are required to be exercised, pursuant to Title 4, United States Code, § 72, 61 Stat. 643.

B. "The Office of the Secretary" is so exercised at 1500 Pennsylvania. Ave. N.W., Washington D.C.

## IV. EXHAUSTION REQUIREMENT

There is no statutory exhaustion requirement. 301.7433-1 is unenforceable because it is based on the language of TBOR 1 and not the language of the current statute.

## V. ALLEGATIONS[1]

On or about 2000-2002 the IRS began tax collection action against Plaintiff. Such tax collection action has been continuous to the filing of this action. Plaintiff believes that, notwithstanding the filing of this suit, the IRS will continue such collection action and may retaliate against Plaintiff for filing this suit by issuing levies, liens and other action.

Plaintiff has filed this action within two years of the discovery of sufficient facts to support a 7433 claim.

COUNT 1

On or about March 2006, R A Mitchel (Susan A Hanson) caused to be recorded with

---

[1] This listing is not inclusive. There may be other provisions of Title 26 and its regulations that plaintiff(s) is/are not aware of which have been disregarded.

the County Recorder/Register of Deeds of Lake, County, State of Indiana (an) unlawful Notice(s) of Tax Lien(s)[2]. alleging taxes due for the years 2000-2002

COUNT 2

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue Code section 6203, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, failed to provide Plaintiff copies of all assessment records for each year as set forth on the aforementioned Notices of Federal Tax Liens;

COUNT 3

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax liens the IRS disregarded Internal Revenue Code section 6303, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, within sixty (60) days after the alleged making of an assessment of a tax pursuant to section 6203,failed to give notice that Plaintiff was liable for the alleged unpaid tax, stating

---

[2] *Tomlinson v. United States*, 1991 WL 338328, (W.D. Wash. Aug. 20, 1991) (adopting the position that the validity of underlying liens and levies is irrelevant), aff'd 977 F.2d 591 (9th Cir. 1992); *Flippo v.United States*, 670 F.Supp. 638, 643 (W.D.N.C. 1987) ("As a threshold matter the validity of the underlying lien and levy is wholly irrelevant to the disclosure issue."),aff'd,849 F.2d 604 (4th Cir. 1988).

the amount and demanding payment thereof;

COUNT 4

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue section 6304, with the intent to defeat the application thereof, by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

COUNT 5

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue Code section 6320, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, the aforementioned Notice(s) of Federal Tax Lien(s) wrongfully disclosed, through the public record, Plaintiff's confidential tax return information, such as name, address, city, state, social security number, amount of alleged assessment, etc.;

COUNT 6

All previous counts set forth above, are realleged and incorporated as if fully set

forth herein;

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue Code section 6320, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, through the aforementioned wrongful disclosure has subjected Plaintiff to the real possibility of identity theft;

COUNT 7

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded 26 U.S.C. §6331(d)(1)(2) with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, by failing to send the Plaintiff a thirty (30) day notice for each of the aforementioned years identified in the aforementioned Notice(s) of Federal Tax Lien(s);

COUNT 8

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS

disregarded 26 U.S.C. §6330(a), with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, by failing to provide Plaintiff with notice of a right to an impartial hearing before issuing the aforementioned notice(s) of lien for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s);

COUNT 9

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue Code section 6320, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, failed to hold a meaningful hearing in conjunction with subsections (c), (d) (other than paragraph (2)(B) thereof), and (e) of section 6330 for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s);

COUNT 10

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS

disregarded Internal Revenue Code section 6321, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, asserted the aforementioned liens for failure or neglect to pay without giving proper notice and without making demand for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s)/Levy(s);

COUNT 11

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded 26 U.S.C. §6501(a), with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, by failing to provide Plaintiff with non-binding mediation before issuing the aforementioned Notice(s) of Federal Tax Lien(s)/Levy(s) and/or other agency action for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s)/Levy(s);

COUNT 12

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS

disregarded Internal Revenue Code section 6322, with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, asserted liens for which no assessment was made in violation of Internal Revenue Code section 6203 and Federal Tax Regulation 301.6203-1 for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s);

COUNT 13

All previous counts set forth above, are realleged and incorporated as if fully set forth herein.

In connection with the aforementioned Notices of Federal Tax lien the IRS disregarded Internal Revenue Code section 6323, subsection (f), paragraph (1), subparagraph (A), with intent to defeat the application thereof: defendant, through principals, officers, agents, and/or employees of Internal Revenue Service, purported to be a component of the Department of Treasury, by failing to certify notice(s) of lien(s) entitling same to be recorded pursuant to the Uniform Federal Tax Lien Registration Act, as enacted in Indiana for each of the aforementioned years as set forth on the aforementioned Notices(s) of Federal Tax Lien(s); .

## IV

## REMEDY SOUGHT

1. Plaintiff seeks damages in accordance with section 7433, in an amount

equal to the fine imposed in Internal Revenue Code section 7214(a) for each disregard with intent to defeat the provisions thereof, i.e., 10,000.00 per disregard or in the alternative one and one half times the statutory allowance as determined by the court; and,

2.  such other and further damages as the court deems just and proper.

Dated: DECEMBER 3, 2007

_____         _____PRO SE_____
James Gorman

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Indiana, personally appeared, James Gorman, known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.

_____
Notary, State of Indiana

Guadalupe D. Becerra
Notary Public State of Indiana
Lake County
My Commission Expires 09/04/2011

| Form 668 (Y)(c) (Rev. February 2004) | 4102 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | | Serial Number 277013406 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMES GORMAN

Residence   213 PETTIBONE AVE
            CROWN POINT, IN 46307-4009

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-9173 | 03/21/2005 | 04/20/2015 | 39208.70 |
| 1040 | 12/31/2001 | XXX-XX-9173 | 03/21/2005 | 04/20/2015 | 18200.56 |
| 1040 | 12/31/2002 | XXX-XX-9173 | 05/30/2005 | 06/29/2015 | 18316.17 |

Place of Filing
    COUNTY RECORDER
    LAKE COUNTY
    CROWN POINT, IN 46307

Total $ 75725.43

07 2215
**FILED**
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This instrument was prepared by Susan A. Hansen, Internal Revenue Service.

This notice was prepared and signed at   ST PAUL, MN   , on this,

the  01st  day of  March , 2006.

Signature  R. A. Mitchell
Susan A. Hansen

Title  Director, Campus Compliance Operations  22-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Prescribed by the
State Board of Accounts
(2005)

County Form 170

## Declaration

This form is to be signed by the preparer of a document and recorded with each document in accordance with IC 36-2-7.5-5(a).

I, the undersigned preparer of the attached document, in accordance with IC 36-2-7.5, do hereby affirm under the penalties of perjury:

1. I have reviewed the attached document for the purpose of identifying and, to the extent permitted by law, redacting all Social Security numbers;

2. I have redacted, to the extent permitted by law, each Social Security number in the attached document.

I, the undersigned, affirm under the penalties of perjury, that the foregoing declarations are true.

_____
Signature of Declarant

_____
Printed Name of Declarant

**COPY**



**Michael A. Brown**

**Recorder of Deeds**
Lake County Indiana
2293 North Main Street
Crown Point, In 46307
219-755-3730
fax: 219-648-6028

# Certification Letter

State of Indiana )
              ) SS
County of Lake )

This is to certify that I, Michael A. Brown, Recorder of Deeds of Lake County, Indiana am the custodian of the records of this office, and that the foregoing is a full, true and complete copy of a

**NOTICE OF FEDERAL TAX LIEN**

as recorded as   **2006-020588   3/13/2006**

as this said document was present for the recordation when   **Michael A. Brown**

was Recorder at the time of filing of said document

Dated this   **16TH**   day of   **May**   ,2007

_Judy Springfield_
Deputy Recorder

_Michael A Brown_
Michael A. Brown, Recorder of Deeds
Lake County Indiana

Form # 0023   Revised 5/2002

Lake County Recorder- Michael A. Brown -2293 North Main Street- Crown Point, Indiana 46307 219-755-3730

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
James Gorman

## DEFENDANTS
United States ▬▬▬▬

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James Gorman
213 Pettibone Ave.
Crown Point IN 46307
219-662-9450

Case: 1:07-cv-02215
Assigned To : Friedman, Paul L.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

*JURY ACTION* (stamp)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant (circled)
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ◉ F. Pro Se General Civil (circled)

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Verified claim for damages pursuant 26 USC 7433

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  Dec. 3, 2007   SIGNATURE OF ATTORNEY OF RECORD  James Dorman Pro Se

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

US District Court, District of Columbia Clerk
DEC - 6 2007
0029 - 030