UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES GORMAN,           )
                        )
        Plaintiff,      )
                        )
    v.                  )   Civil Action No. 07-2215 (PLF)
                        )
UNITED STATES,          )
                        )
        Defendant.      )

ORDER

This matter is before the Court on defendant's motion to dismiss. Plaintiff is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond in writing to defendant's motion to dismiss **by March 14, 2008**. If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 27, 2008