RECEIVED
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES GORMAN,<br>        Plaintiff<br>-vs-<br>UNITED STATES<br>        Defendant | Civil Action No. 07-2215 (PLF) |

# NOTICE OF PLAINTIFF'S DISMISSAL OF THE INSTANT CAUSE OF ACTION

Comes now the Plaintiff in the above-entitled cause of action, James Gorman, Pro Se, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure herein files his "Notice of Dismissal of the above-entitled Cause of Action" for the reasons set forth hereinafter.

Having reviewed the Defendant's Memorandum of Law in Support of "Defendant's Motion to Dismiss" and Glass v. United States, 480 F.Supp.2d 162 (D.D.C. 2007), Buaiz. v. United States, 521 F.Supp.2d 93 (D.D.C. 2007), and Jaeger v. United States, 524 F.Supp.2d 60 (D.D.C. 2007), Plaintiff agrees with the legal reasoning and theory propounded by the United States Attorney and herein concludes this cause of action to prevent any further waste of the time and resource of this Court and of both parties to this cause of action.

                                                _____
                                                James Gorman, Plaintiff Pro Se

# NOTICE OF SERVICE

I, the undersigned, hereby certify that a true and complete copy of the foregoing "Notice of the Plaintiff's Dismissal of the Instant Cause of Action" was served upon the Defendant in the above-entitled cause of action by mailing a copy of same to him via United States Mail, postage prepaid, to the following business address this 8TH day of March 2007.

> Benjamin J. Weir, D.C. Bar No. 494045
> United States Attorney
> Trial Attorney, Tax Division
> United States Department of Justice
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044
> Tel. (202) 307-0855
> Fax. (202) 514-6868
> benjamin.j.weir@usdoj.gov

_____
James Gorman, Plaintiff, Pro Se
213 Pettibone Avenue
Crown Point, Indiana 46307
Tel. (219) 662-9450